UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

---

TOMMARK, INC. d/b/a STERLING ASSOCIATES,

    Plaintiff,

v.

TRAVELERS PROPERTY AND CASUALTY COMPANY n/k/a THE ST. PAUL TRAVELERS COMPANIES, INC.,

    Defendant.

Civil Action No.: 05-cv-40147-FDS

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 7.3**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Defendants The Travelers Indemnity Company and Travelers Property Casualty Company of America f/k/a Travelers Indemnity Company of Illinois (incorrectly pled as Travelers Property and Casualty Company n/k/a The St. Paul Travelers Companies, Inc.) state: The St. Paul Travelers Companies, Inc., a publicly held corporation, owns 100% of the stock of Travelers Property Casualty Corp., which owns 100% of Travelers Insurance Group Holdings Inc., which owns 100% of Defendant The Travelers Indemnity Company, which owns 100% of The Phoenix Insurance Company, which owns 100% of Defendant Travelers Property Casualty Company of America f/k/a Travelers Indemnity Company of Illinois. Of the entities identified above, only The St. Paul Travelers Companies, Inc. is a publicly-traded company.

By: _____
    Brent A. Tingle
    Morrison Mahoney LLP
    One Chestnut Place
    10 Chestnut Plaza, Suite 470

Worcester, Massachusetts 01608
Telephone: (508) 757-7777
Facsimile: (508) 752-6224

Attorneys for Defendants,
The Travelers Indemnity Company and Travelers Property Casualty Company of America f/k/a Travelers Indemnity Company of Illinois (incorrectly pled as Travelers Property and Casualty Company n/k/a The St. Paul Travelers Companies, Inc.)

Dated: September 2, 2005