UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV40147-FDS

| | |
|---|---|
| TOMMARK, INC. d/b/a STERLING ASSOCIATES, | ) ) ) |
| Plaintiff, | ) ) ) |
| - vs. - | ) ) ) |
| TRAVELERS PROPERTY AND CASUALTY COMPANY n/k/a THE ST. PAUL TRAVELERS COMPANIES, INC. | ) ) ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

Worcester, Massachusetts                                September 2, 2005

I, Brent A. Tingle, attorney for the defendant, hereby certify that I have this day served the foregoing:

**Answer and Affirmative Defenses of Travelers Property and Casualty Company n/k/a The St. Paul Travelers Companies, Inc. to the Plaintiff's Complaint; and**

**Defendants' Corporate Disclosure Statement Pursuant to Fed.R.Civ.P. 7.1 and Local Rule 7.3.**

by mailing a copy thereof, postage prepaid, to counsel of record.

By his attorneys,
MORRISON MAHONEY LLP

Brent A. Tingle, BBO #559974
Morrison, Mahoney & Miller
One Chestnut Place
10 Chestnut Street, Suite 470
Worcester, MA 01608
(508) 757-7777