UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV40147-FDS

| | |
|---|---|
| TOMMARK, INC. d/b/a STERLING ASSOCIATES, <br>     Plaintiff, <br><br> v. <br><br> TRAVELERS PROPERTY AND CASUALTY COMPANY n/k/a THE ST. PAUL TRAVELERS COMPANIES, INC. <br>     Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT STATEMENT OF THE PARTIES
PURSUANT TO LOCAL RULE 16.1(d)**

Pursuant to Rule 16.1(d) of the Local Rules of the United States District Court for the District of Massachusetts, plaintiff Tommark, Inc. d/b/a Sterling Associates and defendants The Travelers Indemnity Company and Travelers Property Casualty Company of America f/k/a Travelers Indemnity Company of Illinois (incorrectly pled as Travelers Property and Casualty Company n/k/a The St. Paul Travelers Companies, Inc.) propose the following schedule for the subject litigation.

I. **PROPOSED AGENDA OF MATTERS TO BE DISCUSSED AT SCHEDULING CONFERENCE**

Establishment of a pre-trial schedule, including, but not limited to, non-expert discovery, dispositive motions and expert discovery.

II. **JOINT DISCOVERY PLAN AND FILING OF MOTIONS**

    A. **Initial Disclosures**

        Both parties shall serve their initial disclosures by February 16, 2006.

B. **Motions to Amend Pleadings**

All motions to amend pleadings shall be served by March 15, 2006.

C. **Non-Expert Discovery**

1. All requests for production of documents and interrogatories shall be served by April 4, 2006;

2. All responses to requests for production of documents and interrogatories shall be served by May 23, 2006;

3. All requests for admissions shall be served by June 27, 2006;

4. All responses to requests for admissions shall be served by August 1, 2006; and

5. All non-expert depositions shall be completed on or before September 29, 2006.

D. **Dispositive Motions**

The parties shall file all dispositive motions prior to engaging in expert discovery. All dispositive motions, including motions for summary judgment pursuant to Fed. R. Civ. P. 56, shall be filed on or before December 5, 2006. All oppositions to dispositive motions shall be filed on or before January 16, 2007.

E. **Expert Discovery**

The parties reserve the right to disclose experts and engage in expert discovery, if necessary, after the dispositive motions have been ruled upon. In the event that the parties decide to conduct expert discovery, a revised proposed discovery schedule will be submitted to this Court for its consideration and approval.

III.  **STATUS CONFERENCE**

The parties propose that a status conference be held on or about March 15, 2007 or at the Court's convenience after the completion of expert discovery.

IV.  **PRE-TRIAL CONFERENCE**

The parties propose that the Court schedule a pre-trial conference at its convenience.

V.  **TRIAL BEFORE A MAGISTRATE**

All parties have not consented to a trial before a United States Magistrate at this time.

VI.  **ALTERNATIVE DISPUTE RESOLUTION**

The parties consent to considering participating in alternative dispute resolution at the appropriate time.

VII.  **SETTLEMENT PROPOSAL**

Given the early stage of the litigation, the parties have not yet engaged in substantive settlement discussions, but are wiling to do so as the matter progresses.

VIII.  **CERTIFICATIONS**

The parties have conferred with their clients as to establishing a budget for the costs of conducting this litigation and with respect to alternative dispute resolution programs. Certificates pursuant to Local Rule 16.1(d)(3) will be or have been submitted separately.

IX.  **ADDITIONAL ISSUES**

None.

| | |
|---|---|
| The Plaintiff,<br>Tommark, Inc. d/b/a Sterling Associates,<br>By its attorneys, | The Defendant,<br>The Travelers Indemnity Company and Travelers Property Casualty Company of America f/k/a Travelers Indemnity Company of Illinois (incorrectly pled as Travelers Property and Casualty Company n/k/a The St. Paul Travelers Companies, Inc.),<br>By its attorneys, |
| /s/Timothy P. Wickstrom<br>Timothy P. Wickstrom, Esq.<br>Tashjian Simsarian & Wickstrom, LLP<br>370 Main Street<br>Worcester, MA 01608<br>(508) 756-1578 | /s/ Brent A. Tingle<br>Brent A. Tingle, Esq.<br>Denise M. Tremblay, Esq.<br>Morrison Mahoney LLP<br>10 Chestnut Street, Suite 470<br>Worcester, MA 01608<br>(508) 757-7777 |
| | William T. Corbett, Jr., Esq.<br>Laura A. Brady, Esq.<br>Frederick P. Marczyk, Esq.<br>Drinker Biddle & Reath LLP<br>500 Campus Drive<br>Florham Park, NJ 07932 |

Dated: January ___, 2006

190185v1