UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV40147-FDS

TOMMARK, INC. d/b/a STERLING ASSOCIATES, )
    Plaintiff, )
)
v. )
)
TRAVELERS PROPERTY AND CASUALTY COMPANY n/k/a THE ST. PAUL TRAVELERS COMPANIES, INC. )
    Defendant. )

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)

Pursuant to Local Rule 16.1(d)(3), the undersigned hereby certify that they have conferred concerning the establishment of a budget for the cost of conducting the full-course and various alternative courses for the litigation and concerning the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Travelers Property Casualty Company of America f/k/a Travelers Indemnity Company of Illinois
By:

_____
Ruth Kurien
Senior Counsel
St. Paul Travelers
Claim Legal Group, 8MS
One Tower Square
Hartford, Connecticut 06183-1050

Dated: January 12, 2006

190106v1

Attorney for Travelers Property Casualty Company of America f/k/a Travelers Indemnity Company of Illinois

_____
Frederick P. Marczyk
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, NJ 07932-1047
(973) 360-1100

Dated: January ___, 2006

/s/ Brent A. Tingle
_____
Brent A. Tingle, Esq. BBO #559974
Morrison Mahoney LLP
One Chestnut Place, Ste. 470
Worcester, MA 01608
508-757-7777
Attorney for Travelers Proprty Casualty