UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| TOMMARK, INC. d/b/a STERLING ASSOCIATES,<br><br>    Plaintiff,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA f/k/a TRAVELERS INDEMNITY COMPANY OF ILLINOIS and TRAVELERS INDEMNITY COMPANY,<br><br>    Defendants. | Civil Action No.: 05-cv-40147-FDS<br><br>**STIPULATION EXTENDING FINAL FACT DISCOVERY DEADLINE** |

IT IS HEREBY STIPULATED and agreed by and between the undersigned counsel for Plaintiff Tommark, Inc. and counsel for Defendants Travelers Indemnity Company and Travelers Property Casualty Company of America f/k/a Travelers Indemnity Company of Illinois that, pursuant to the Scheduling Order entered by the Court on January 18, 2006, the August 1, 2006 final deadline for fact discovery is hereby extended for a period of 30 days up to and including August 31, 2006.


TASHJIAN, SIMSARIAN & WICKSTROM             MORRISON MAHONEY LLP
Attorneys for Plaintiff                                        Attorneys for Defendants


/s/ Timothy P. Wickstrom                                /s/ Brent A. Tingle
Timothy P. Wickstrom, Esq.                         Brent A. Tingle, Esq.
370 Main Street                                              Denise M. Tremblay, Esq.
Worcester, MA 01608                                    10 Chestnut Street, Suite 470
(508) 756-1578                                               Worcester, MA 01608
                                                                       (508) 757-7777


Dated:  July 14, 2006