### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-40147-FDS

| | |
|---|---|
| Tommark, Inc. d/b/a )<br>Sterling Associates, )<br>    Plaintiff )<br>)<br>v. )<br>)<br>Travelers Property Casualty )<br>Company of America f/k/a )<br>Travelers Indemnity Company )<br>of Illinois and Travelers )<br>Indemnity Company, )<br>    Defendants ) | **JOINT MOTION TO<br>AMEND SCHEDULING ORDER** |

COME NOW Plaintiff, Tommark, Inc. ("Tommark") and Defendants, Travelers Indemnity Company and Travelers Property Casualty Company of America f/k/a Travelers Indemnity Company of Illinois (collectively, "Travelers"), by and through their respective undersigned counsel, and request that this Honorable Court extend the current deadlines for two (2) months. In support, the parties state as follows:

1. This case involves a dispute regarding whether Tommark was entitled to a defense in connection with an underlying trademark infringement lawsuit pursuant to certain insurance policies issued by Travelers.

2. On January 18, 2006, this Court issued a Scheduling Order

3. The parties have exchanged discovery ressponses and are working cooperatively on following up these responses.

4. An additional two (2) month period is required to complete depositions and thereafter be in a position to file dispositive motions on this policy interpretation case. The allowance of this motion would be in the best interest of the parties, as well as

serving the interests of judicial economy. The parties anticipate being able to complete the remaining discovery within the time frame set forth herein. Accordingly, the parties jointly move to amend the Scheduling Order as follows:

| Event | Current | Proposed |
|---|---|---|
| Fact Discovery – Final Deadline | August 31, 2006 | October 31, 2006 |
| Deadline for taking depositions, other than expert depositions | August 1, 2006 | October 31, 2006 |
| Disposative Motions Deadline<br><br>1. Deadline for moving papers<br>2. Deadline for opposition papers | 1   September 15, 2006<br>2   October 15, 2006 | 1. November 15, 2006<br>2. December 15, 20006 |

5. Modification of pretrial orders, including a scheduling order, are within the sound discretion of the Court. FedR.Civ.P. 16(b); United States v. Charles George Trucking, Inc., 34F 3d 1081; 1090 (1st Cir 1994) (district court has considerable discretion in case management and may modify previous Rule 16 orders at its pleasure).

### CONCLUSION

For reasons set forth above, the parties submit that good cause exists to amend the Scheduling Order as requested.

TASHJIAN, SIMSARIAN & WICKSTROM  
Attorneys for Plaintiff

/s/ Timothy P. Wickstrom
_____
Timothy P. Wickstrom  
Tashjian, Simsarian & Wickstrom  
370 Main Street  
Worcester, MA 01608  
(508) 756-1578

MORRISON MAHONEY, LLP  
Attorneys for Defendants

/s/ Brent A. Tingle
_____
Brent A. Tingle  
Denise M. Tremblay  
10 Chestnut Street, Suite 470  
Worcester, MA 01608  
(508) 757-7777

DATED: August 31, 2006