UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Tommark, Inc.</u>,
      Plaintiff(s),

V.

CIVIL ACTION

NO. <u>05-40147-FDS</u>

<u>Travelers Property Casualty</u>,
      Defendant(s),

<u>SETTLEMENT ORDER OF DISMISSAL</u>

<u>Saylor, D. J.</u>

    The Court having been advised on <u>  December 19, 2006  </u> that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

<u>  December 19, 2006  </u>
      Date

<u>/s/ Martin Castles    </u>
    Deputy Clerk